# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DARWIN HAYTER, )<br>)<br>Defendant. )<br>) | 2:05-cr-00288-RCJ-PAL-1<br><br>**ORDER** |

    Defendant pled guilty in this Court to two counts of Transporting a Minor for Prostitution. The Court sentenced him in November 2006 to two concurrent 125-month terms of imprisonment, to be followed by twenty-five years of supervised release. The Court of Appeals dismissed Defendant's appeal because he had waived his right to appeal. Defendant has now filed three ex parte motions: (1) to modify his conditions of release; (2) for a writ of mandamus; and (3) for clarification. The Court denies the motions. There is no legitimate reason for these motions to be filed ex parte, and they therefore constitute improper ex parte communications with the Court. Plaintiff may refile the motions publicly if he wishes. The Court expresses no opinion as to the motions' merits, timeliness, or the Court's jurisdiction to determine them.

///

///

## CONCLUSION

IT IS HEREBY ORDERED that the Motions (ECF Nos. 49, 50, 66) are DENIED.

IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge